| AO-10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Moody, James M. | 2. Court or Organization  USDC, Eastern District of AR | 3. Date of Report  05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Senior | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009  to  12/31/2009 |
| 7. Chambers or Office Address  500 West Capitol, Suite C-446  Little Rock, AR 72201-3396 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust 1 Part VII, Line 26 |
| 2. Trustee | Trust 2, Part VII, Lines 52 |
| 3. Trustee | Trust 3, Part VII, Line 88 |
| 4. Trustee | Trust 5, Part VII, Line 121 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 AUG -2 A 9: 58

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Tutoring. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. One Bank | A | Interest | K | T | | | | | |
| 2. Bank of America | A | Interest | J | T | | | | | |
| 3. Regions Bank | A | Interest | J | T | | | | | |
| 4. Telco Fed. Credit Union | B | Dividend | K | T | | | | | |
| 5. A Very Special Tea Room (Y) | | | | | | | | | See Part VIII, Note 1 |
| 6. Regions Bank/Morgan Keegan (IRA) | A | Int./Div. | K | T | | | | | |
| 7. Janus Global Tech Fnd | A | Interest | J | T | | | | | |
| 8. Vanguard Growth Index Fund (IRA) | A | Interest | K | T | | | | | |
| 9. BH&M Oil Comm Stock | A | Dividend | J | T | | | | | |
| 10. Putnam Amer. Growth & Income Fnd | A | Dividend | J | T | | | | | |
| 11. Amer. Funds AMCAP Fnd | B | Dividend | K | T | Sold (part) | 11/30/09 | K | | |
| 12. Fidelity Eq. Aggr. Growth Fnd | A | Dividend | J | T | | | | | |
| 13. ACCT 1-2 (IRA(FTRJ) | E | Int./Div. | O | T | | | | | |
| 14. IShares Russell 2000 Value Fund | A | Dividend | J | T | | | | | |
| 15. IShares Russell 2000 Growth | A | Dividend | K | T | | | | | |
| 16. IShares Russell 1000 Gr Index | A | Dividend | K | T | | | | | |
| 17. IShares Russell 1000 Value Index | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. IShares Russell Midcap G Index FD | A | Dividend | J | T | | | | | |
| 19. IShares S&P Midcap 400 Value | A | Dividend | J | T | | | | A | |
| 20. IShares S&P Midcap 400 Growth | A | Dividend | K | T | | | | | |
| 21. IShares S&P 500 Growth Index | A | Dividend | K | T | | | | | |
| 22. IShares MSCI Emerging Mkts Fd | A | Dividend | | | Sold | 2/20/09 | J | A | |
| 23. IShares S&P Europe 350 Mkt Fnd | A | Dividend | | | Sold | 2/20/09 | J | A | |
| 24. IShares MSCI Japan Index Fnd | A | Dividend | | | Sold | 2/20/09 | J | A | |
| 25. Barclay 1 - 3 year | A | Distribution | N | T | Buy | 2/20/09 | N | | |
| 26. ACCT 1-4 (Trust1)(SA) | | | | | | | | | |
| 27. Greene Cnty AR Housing | B | Interest | K | T | | | | | |
| 28. Pul Cnty AR Hsp Revs Children's Hosp | B | Interest | K | T | | | | | |
| 29. Union Cnty AR Housing | A | Interest | | · | Redeemed | 10/01/09 | J | A | |
| 30. UA Faytvl Var Fac | B | Interest | K | T | | | | | |
| 31. Jonesboro AR Res Housing | A | Interest | | | Redeemed | 8/10/09 | J | A | |
| 32. Springdale AR Sch Dist #50 | A | Interest | K | T | | | | | |
| 33. Booneville AR School Dist | A | Interest | | | Redeemed | 10/1/09 | J | | |
| 34. Springdale AR SD050 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LR AR Hlth Fac Bd Baptist Med Center | A | Interest | | | Redeemed | 10/1/09 | J | | |
| 36. Conway AR Pub Fac Bd Cap Impts Rev Ref Hendrix | A | Interest | K | T | | | | | |
| 37. Paragould AR Water & Sewer Rev B/E | B | Interest | L | T | | | | | |
| 38. AR St R fdg Water Waste Disp & Poll CB/E | B | Interest | K | T | | | | | |
| 39. AR St Univ Rev Hsg Sys FGIC B/E | B | Interest | K | T | | | | | |
| 40. NLR Hlth Fac Bd Hlth Care RV Ref Bap Hlth B/E | B | Interest | K | T | | | | | |
| 41. Ft. Smith AR W&S Rev Ser C FSA B/E | B | Interest | K | T | | | | | |
| 42. AR State High Ed Ser B B/E (X) | B | Interest | K | T | | | | | See Part VIII, Note 2 |
| 43. Univ AR Univ Rev Var Fac Fytvl Campus A B/E FGIC (X) | B | Interest | K | T | | | | | See Part VIII, Note 3 |
| 44. Arkadelphia AR Pub Ed Facs Rev Ouachita Bapt Univ B/E | C | Interest | K | T | | | | | |
| 45. Rogers AR Sewer Rev Imprvmt Ambac B/E | C | Interest | L | T | | | | | |
| 46. ACCT 1-5 (IRA) (MS) | A | Int./Div. | J | T | | | | | |
| 47. Russellville, AR School | A | Interest | K | T | Buy | 4/27/09 | K | | |
| 48. Bryant, AR School | A | Interest | K | T | Buy | 11/13/09 | K | | |
| 49. Paris, AR School | A | Interest | L | T | Buy | 11/23/09 | L | | |
| 50. MS Liquid Asset MM Fnds | A | Interest | J | T | | | | | |
| 51. Activision Blizzard Inc. (formerly Activition, Inc) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain C de 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ACCT 1-6 (Trust 2) | E | Int./Div. | N | T | | | | | |
| 53. First Southwest Prime MM Fnds | A | Interest | J | T | | | | | |
| 54. Alcoa, Inc. | A | Dividend | | | Sold | 5/5/09 | J | | |
| 55. Banco Bilbaovizcaya | A | Dividend | J | T | | | | | |
| 56. Bank of America Corp | A | Dividend | | | Sold | 5/7/09 | J | | |
| 57. Berkshire Hathaway, Inc. | A | Dividend | J | T | | | | | |
| 58. Bristol Myers Squibb Co. | A | Dividend | | | Sold | 7/29/09 | K | | |
| 59. CIT Group, Inc. | A | Dividend | | | Sold | 12/9/09 | J | | |
| 60. Costco | A | Dividend | J | T | | | | | |
| 61. Dow Chemical Co. | A | Dividend | | | Sold | 07/30/09 | J | | |
| 62. Fiserv, Inc. | A | Dividend | J | T | | | | | |
| 63. General Motors Corp | A | Dividend | | | Sold | 7/17/09 | K | | |
| 64. GlaxoSmithKline | A | Dividend | J | T | | | | | |
| 65. International Paper Co | A | Dividend | K | T | | | | | |
| 66. Lafarge S.A. | A | Dividend | | | Sold | 11/30/09 | J | | |
| 67. Lexmark Int. Group | A | Dividend | J | T | | | | | |
| 68. Limited Brands, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MGIC Investment Corp. | A | Dividend | J | T | | | | | |
| 70. Markel Corp | A | Dividend | J | T | | | | | |
| 71. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 72. PNC Financial Svcs. Grp (formerly PNC Bank) | A | Dividend | J | T | | | | | |
| 73. Petroleo Brasileiro, SA | A | Dividend | K | T | | | | | |
| 74. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 75. Public Service Enterprise | A | Dividend | K | T | | | | | |
| 76. Pfizer | A | Dividend | K | T | | | | | |
| 77. Spectra Energ Corp. | A | Dividend | K | T | | | | | |
| 78. Taiwan Semiconductor Mfg. | A | Dividend | J | T | Sold (part) | 12/4/09 | J | | |
| 79. Telefonica de espana SA | A | Dividend | K | T | | | | | |
| 80. Telefonos de Mexico | A | Dividend | J | T | Buy | 9/17/09 | J | | |
| 81. Tim Participacoes | A | Dividend | J | T | | | | | |
| 82. Unilever NV | A | Dividend | | | Sold | 8/26/09 | K | | |
| 83. Washington Mutual, Inc. | A | Dividend | | | Sold | 1/10/09 | K | | |
| 84. Western Union | A | Dividend | | | Sold | 2/10/09 | K | B | |
| 85. Calamos Growth CLC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Davis NY Venture CL C | A | Dividend | | | Sold | 9/18/09 | K | B | |
| 87. Oppenheimer Global CL C | A | Dividend | J | T | | | | | |
| 88. ACCT 1-7 (Trust3) (MS) | A | Int./Div. | L | T | | | | | |
| 89. Morgan Stanley Com Stock | A | Dividend | J | T | | | | | |
| 90. Wal-Mart Stores Com Stock | A | Dividend | K | T | | | | | |
| 91. Discover Fincl Svcs (X) | A | Interest | J | T | | | | | |
| 92. Acct 1 - 8 (Trust4) (SA) | D | Int./Div. | M | T | | | | | |
| 93. LR AR School Dist. Ser B | C | Interest | L | T | | | | | |
| 94. Pul Cnty AR Children's Hosp. | A | Int./Div. | J | T | | | | | |
| 95. Heber Springs School District | A | Dividend | | | Redeemed | 5/5/09 | J | | |
| 96. Fort Smith AR W&S Rev Ser C FSA B/E | A | Interest | K | T | | | | | see part VIII Note 4 |
| 97. Fed Home Loan Mtge Corp Med Term Note | A | Int./Div. | | | Redeemed | 5/5/09 | L | | |
| 98. General Motors Corp Note | A | Interest | | | Redeemed | 5/5/09 | L | | |
| 99. Muni Cash Trust Fnds | B | Interest | J | T | | | | | |
| 100. ACCT 2 -1 (RJ) | | | | | | | | | |
| 101. Russellville, AR School | A | Dividend | L | T | Buy | 4/27/09 | L | | |
| 102. Rogers AR School | | None | L | T | Buy | 5/27/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (i)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Money Trust MM Fnds | A | Interest | J | T | | | | | |
| 104. Chevron Texaco | A | Dividend | | | Sold | 2/2/09 | J | | |
| 105. First Horizon National Corp. | A | Dividend | J | T | | | | | |
| 106. Sun Trust Banks | A | Dividend | J | T | | | | | |
| 107. General Electric Co. | A | Dividend | J | T | Sold<br>(part) | 2/25/09 | J | | |
| 108. Acct 2-2 (IRA)(MS) | C | Int./Div. | M | T | | | | | |
| 109. Liquid Asset MM funds | A | Interest | J | T | | | | | |
| 110. FedEx Corp. | A | Dividend | L | T | | | | | |
| 111. Intel | A | Dividend | K | T | | | | | |
| 112. General Electric | A | Dividend | J | T | | | | | |
| 113. Qualcomm, Inc. | A | Dividend | J | T | | | | | |
| 114. Healthways, Inc. | A | Dividend | | | Sold | 2/24/09 | J | | |
| 115. MS Flexible Income Trust B | A | Interest | J | T | | | | | |
| 116. Activision Blizzard, Inc. (formerly<br>Activition Inc) | A | Interest | J | T | | | | | |
| 117. Blackstone Group LP | A | Dividend | | | Sold | 2/29/09 | J | | |
| 118. Morgan Stanley | A | Dividend | J | T | Sold<br>(part) | 2/24/09 | J | | |
| 119. Berkshire Hathaway B (Hldg Co.) | A | Dividend | | | Sold | 2/25/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Goldman Sachs Grp, Inc. | A | Dividend | | | Sold | 2/25/09 | J | | |
| 121. ACCT 2-3 (Trust 5) (MS) | D | Int./Div. | M | T | | | | | |
| 122. Active Assets MM Trust | A | Interest | J | T | | | | | |
| 123. Cisco | A | Dividend | J | T | | | | | |
| 124. Dell Computer | A | Dividend | J | T | | | | | |
| 125. General Electric | A | Dividend | K | T | | | | | |
| 126. Microsoft | A | Dividend | K | T | | | | | |
| 127. Tarrant Cnty TX Health Resources Tacs. | A | Interest | | | Redeemed | 3/28/09 | J | | |
| 128. MS Tax Exempt Sec | A | Interest | J | T | | | | | |
| 129. Enterprise Bnk Natl Assoc Omaha NE | A | Interest | | | Redeemed | 3/23/09 | J | | |
| 130. Greenbank CD | A | Interest | | | Redeemed | 3/23/09 | J | | |
| 131. Discover Fincl Svcs | A | Interest | J | T | | | | | |
| 132. Chesapeake Energy Corp | A | Dividend | J | T | | | | | |
| 133. Celgene Corp | A | Dividend | J | T | | | | | |
| 134. ACCT 2-4 (IRA)(RJ) | D | Int./Div. | M | T | | | | | |
| 135. Liquid Asset Fund | A | Interest | | | | | | | |
| 136. Banco Santander CD | A | Dividend | | | Redeemed | 3/23/09 | J | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Dallas City Bank CD | A | Interest | J | T | | | | | |
| 138. Discover Bank CD | A | Interest | | | Redeemed | 3/23/09 | J | | |
| 139. Evergreen Solar, Inc. | A | Interest | | | Redeemed | 3/23/09 | J | | |
| 140. Wash Mut Bk CD | A | Interest | | | Redeemed | 3/23/09 | J | | |
| 141. ACCT 2-5 (iDealing com.stock | C | Dividend | K | T | | | | | |
| 142. Frist Security Bank | A | Int./Div. | J | T | Buy | 3/23/09 | J | | |
| 143. Merck | A | Dividend | | | Sold | 5/5/09 | J | | |
| 144. Actrunien Blizzard | A | Interest | J | T | | | | | |
| 145. Russellville, AR School | A | Interest | K | T | Buy | 4/27/09 | K | | |
| 146. Bryant, AR School | A | Interest | K | T | Buy | 11/13/09 | K | | |
| 147. Paris, AR School | A | Interest | L | T | Buy | 11/23/09 | L | | |
| 148. Alcoa | A | Dividend | J | T | Buy | 4/29/09 | J | | |
| 149. Centerpoint Energy | A | Dividend | J | T | Buy | 8/14/09 | J | | |
| 150. Bristol Meyers | A | Dividend | J | T | Buy | 9/21/09 | J | | |
| 151. Walter Inv. Mgmnt | A | Dividend | J | T | Buy | 11/16/09 | J | | |
| 152. Medical Property Trust | A | Dividend | J | T | Buy | 12/14/09 | K | | |
| 153. Roger, AR School | A | Interest | J | T | Buy | 5/27/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Energy, Inc. | A | Dividend | J | T | Buy | 10/9/09 | J | | |
| 155. Live Nation CCE Spinco | A | Dividend | J | T | Buy | 1/10/09 | J | | |
| 156. Medical Prop | A | Dividend | J | T | Buy | 12/14/09 | J | | |
| 157. Telemex | A | Dividend | J | T | Buy | 9/10/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544